UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re

NATALIE NICHOLE EVANS,

        Debtor(s).

Case No. 20-40628-BDL

NOTIFICATION THAT APRIL 2, 2020 CREDITORS' 341 MEETING WILL BE HELD TELEPHONICALLY

    Michael G. Malaier, Chapter 13 Standing Trustee, hereby files this statement notifying all creditors and parties in interest that the March 26, 2020, creditors' section 341 meeting in this case scheduled to take place at **9:00 a.m**. PDT at the Courtroom J, Union Station, 1717 Pacific Avenue, Tacoma, WA 98402 will now take place <u>telephonically</u>. Any party in interest wishing to participate may call **1-866-880-5064** at **9:00 a.m**. on March 26, 2020. The Participant Code to enter is **6951575**.

    As there will be multiple parties on the line, every party calling into the meeting should call in from a secure line with minimal background noise. Once a caller has connected to the call, their phone should be placed on mute until their case has been called. When their case has been called, parties should speak loudly into the telephone as the trustee is making an audio recording of the meeting.

    Debtors with counsel should be prepared to share photo identification and proof of Social Security number by visual means with their counsel. Arrangements should be made with debtor's counsel prior to the start of the creditors' meeting. Debtor's counsel will be responsible for

NOTICE
Page 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

confirming the validity of that identification by affirming on the record at the meeting that they have verified the Debtor's identification.

Debtors without counsel should be prepared to provide a scan, copy or photo of their photo identification and proof of Social Security number to their case trustee in advance of the meeting by email.  Please email said proof of identification to mlacroix@chapter13tacoma.org as soon as possible.  Failure to provide such proof will result in continuance of the 341 meeting until proof of identification has been provided.

The debtors and counsel must also have available a copy of the petition, schedules, statement of financial affairs, means test, plan, Rule 4002 documents or any other case documents that the debtor may reasonably be questioned about during the 341 Meeting. The case trustee may also contact the debtor or counsel in advance of the meeting to identify specific documents to have available.

If the debtors or counsel will be unable to appear for the 341 Meeting by phone as set out in this notice, or if the debtor requires an interpreter, please promptly contact the trustee in advance of the meeting, in writing, to request a continuance of the 341 Meeting.

Dated: March 23, 2020.

Respectfully submitted,

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA #41847 for
Michael G. Malaier
Chapter 13 Standing Trustee
mlacroix@chapter13tacoma.org

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA  98402
(253) 572-6600