1
2
3
4
5
6
7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

8
9

In re:

10

Case No. 20-40628-BDL

ORDER APPROVING ATTORNEY'S
COMPENSATION

11

NATALIE NICHOLE EVANS

Debtor(s).

12

13          THIS MATTER came before the Court on the Attorney's Application for Compensation in a

14    Chapter 13 Case filed by _____ Ellen Ann Brown _____ ("Applicant").

15    Based on the application,

16          It is hereby ORDERED that:

17          1.      Applicant is awarded compensation of $__4612.50_____ as an
18    administrative expense under 11 U.S.C. § 503(b).

19          2.      The compensation shall be paid according to the confirmed plan or, if a plan is never
20    confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

21          3.      Unless the Court orders otherwise, if this case is dismissed or converted after plan
      confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s)

22
23
24
25

Order Approving Attorney's Compensation
Local Forms W.D. Wash. Bankr., Form 13-10
Eff. 12/14

1    in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or
     conversion.

2                                    / / /End of Order/ / /

3    Presented by:

     /s/ Ellen Ann Brown
4    _____
     Ellen Ann Brown WSB 27992
5    Attorney for Debtor(s)
     1700 Cooper Point Rd SW #C5
6    Olympia, WA 98502
     888-873-1958

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25